**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT ASHLAND**

**CRIMINAL CASE NO. 23-14-DLB-EBA**

**UNITED STATES OF AMERICA**                                                                    **PLAINTIFF**

v.        **ORDER ADOPTING REPORT AND RECOMMENDATION**

**SKYLAR ALLEN MULLINS**                                                                              **DEFENDANT**

\*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\*

By prior Order, Defendant Mullins' Motion for a Psychiatric Exam was granted (Doc. # 16). Consistent with local practice, this matter was referred to Magistrate Judge Edward B. Atkins for the purpose of preparing a Report and Recommendation. After holding a competency hearing, (Doc. # 31), Magistrate Judge Atkins issued a Report and Recommendation on January 24, 2024, recommending that Defendant was competent to face further proceedings, including a trial, in this matter. (Doc. # 32). No objections were filed. Indeed, during the hearing, Defendant orally stipulated to the content of the competency evaluation and the findings of competency (Doc. # 32).

Having reviewed the Magistrate Judge's Report and Recommendation, the Court concurs with the recommendation that Defendant Mullins is competent to face further proceedings. Thus, the Report and Recommendation will be **adopted in full**.

Accordingly, **IT IS ORDERED AND ADJUDGED** as follows:

(1) The Magistrate Judge's Report and Recommendation (Doc. # 32) be, and is hereby, **ADOPTED** as the Findings of Fact and Conclusions of Law of the Court;

1

(2)    Defendant Mullins is deemed **COMPETENT** to face further proceedings, including a trial, in this matter; and

(3)    This matter is scheduled for a **Scheduling Conference** on **Tuesday, February 13, 2024 at 12:30 p.m. in Ashland** before the undersigned.

This 9th day of February 2024.



Signed By:
*David L. Bunning*
United States District Judge

L:\DATA\ORDERS\Ashland Criminal\2023\23-14 Order Adopting RR on Competency.docx